# IN THE SUPREME COURT OF THE STATE OF NEVADA

9352 CRANESBILL TRUST,
               Appellant,
vs.
FORT APACHE HOMEOWNERS'
ASSOCIATION,
               Respondent.

No. 78925

**FILED**

FEB 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order dismissing appellant's complaint on statute of limitations grounds. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]The order entered January 23, 2020, conditionally imposing sanctions against attorneys Roger Croteau and Timothy Rhoda, is vacated. Mr. Rhoda's motion for relief from the order is denied as moot.

20-06458

cc: Hon. Adriana Escobar, District Judge
Jay Young, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Leach Kern Gruchow Anderson Song/Las Vegas
Roger P. Croteau
Timothy Rhoda
Supreme Court Law Librarian
Eighth District Court Clerk